No. 12–267. GENEVA-ROTH VENTURES, INC. *v.* EDWARDS. Ct. App. Ind. Certiorari denied.

No. 12–272. R. J. REYNOLDS TOBACCO CO. ET AL. *v.* CLAY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CLAY. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 12–274. APEX 1 PROCESSING, INC. *v.* EDWARDS. Ct. App. Ind. Certiorari denied.

No. 12–310. LALLIER *v.* SUPREME JUDICIAL COURT OF MASSA-CHUSETTS ET AL. Sup. Jud. Ct. Mass. Certiorari denied.

No. 12–317. BLAKE MARINE GROUP, INC. *v.* ADAMS OFFSHORE LTD. C. A. 11th Cir. Certiorari denied.

No. 12–318. ALVAREZ *v.* AMERICAN CIVIL LIBERTIES UNION OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 12–319. JENKINS *v.* BRYANT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–320. BUNIFF *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–324. HART *v.* PENSKE TRUCK LEASING CO. C. A. 6th Cir. Certiorari denied.

No. 12–327. ALPHAS CO., INC. *v.* DAN TUDOR & SONS SALES, INC. C. A. 1st Cir. Certiorari denied.

No. 12–346. KULPINSKY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 12–350. PARENT, AKA KOZIOL *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–353. HENRIQUES GROUP, P. A., ET AL. *v.* BANKERS LENDING SERVICES, INC., ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.